1  SEAN K. KENNEDY (Bar No. 145632)
   Federal Public Defender
2  E- Mail: sean_kennedy@fd.org
   BRIAN M. POMERANTZ (Bar No. 214264)
3  Deputy Federal Public Defender
   321 East 2nd Street
4  Los Angeles, California  90012-4202
   E-Mail:  brian_pomerantz@fd.org
5  Telephone:  (213) 894-8859
   Facsimile:  (213) 894-1221
6
   Attorneys for Petitioner
7  Elijah M. Smith, Jr. III

8
   JESSICA TAPHORN THOMA
9  Senior Staff Counsel
   Office of Legal Affairs
10 California Department of
   Corrections and Rehabilitation
11 1515 S Street, Room 314S
   Sacramento, CA  95811
12 E-mail:  Jessica.Thoma@cdcr.ca.gov
   Telephone:  (916) 445-0375
13 Facsimile:  (916) 327-5306

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ELIJAH M. SMITH, JR. III,<br><br>  Petitioner,<br><br>  v.<br><br>ELVIN VALENZUELA,<br>Acting Warden,<br><br>  Respondent. | **NO. CV 10-1577-GAF (DTB)**<br><br>[~~PROPOSED~~] **PROTECTIVE ORDER** |

This Court enters the following Protective Order regarding (1) documents and materials from the CDCR; and (2) any reference to such documents in the parties' pleadings submitted to the Court:

1. This Court has ordered the production of select documents from the CDCR (Docket No. 60), which the CDCR contends are subject to 45 CFR 164.512(e). Such discovery shall be subject to this Protective Order and shall remain confidential and sealed.

2. All medical documents coming from the CDCR shall be submitted to the Court under seal in a manner reflecting their confidential nature and designed to ensure that the privileged material will not become part of the public record. Any pleading or other papers filed or lodged with the Court that contains or reveals the substantive content of the privileged matter shall be filed under seal, and shall include a separate caption page that includes the following confidentiality notice or its equivalent:

"TO BE FILED UNDER SEAL

THIS PLEADING OR DOCUMENT CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO A PROTECTIVE ORDER AND IS NOT TO BE OPENED NOR ITS CONTENTS DISPLAYED OR DISCLOSED"

3. If privileged documents or documents containing privileged matters are filed with this Court, they shall be filed with the Clerk of this Court in sealed envelopes prominently marked with the caption of the case and the foregoing Confidentiality Notice. The Clerk of the Court is directed to maintain the confidentiality of any documents filed in accordance with the above. Insofar as reasonably feasible, only confidential portions of the filings shall be under seal; and the parties shall tailor their documents to limit, as much as is practicable, the quantity of material that is to be filed under seal. When a pleading or document contains only a limited amount of privileged content, a party may file a complete copy under seal and at the same time file on the public record an additional, redacted version of the

1 | document, blocking out the limited matter comprising the confidential portions.

3 |     IT IS SO ORDERED.

4 | Dated: January 24, 2013

_____
THE HON. DAVID T. BRISTOW
United States Magistrate Court Judge

7 | Presented by:

9 | */S/ Brian M. Pomerantz*
BRIAN M. POMERANTZ
Deputy Federal Public Defender

11 | Counsel for Petitioner
ELIJAH M. SMITH, JR. III

3