1  SEAN K. KENNEDY (Bar No. 145632)
   Federal Public Defender
2  E- Mail: sean_kennedy@fd.org
   BRIAN M. POMERANTZ (Bar No. 214264)
3  Deputy Federal Public Defender
   321 East 2nd Street
4  Los Angeles, California  90012-4202
   E-Mail:  brian_pomerantz@fd.org
5  Telephone:  (213) 894-8859
   Facsimile:  (213) 894-1221
6
   Attorneys for Petitioner
7  Elijah M. Smith, Jr. III

8
   JESSICA TAPHORN THOMA
9  Senior Staff Counsel
   Office of Legal Affairs
10 California Department of
   Corrections and Rehabilitation
11 1515 S Street, Room 314S
   Sacramento, CA  95811
12 E-mail:  Jessica.Thoma@cdcr.ca.gov
   Telephone:  (916) 445-0375
13 Facsimile:  (916) 327-5306

14

15
                UNITED STATES DISTRICT COURT
16
               CENTRAL DISTRICT OF CALIFORNIA
17
                       EASTERN DIVISION
18

19 ELIJAH M. SMITH, JR. III        )   **NO. CV 10-1577-GAF (DTB)**
                                    )
20              Petitioner,         )   **[~~PROPOSED~~] PROTECTIVE**
                                    )   **ORDER**
21         v.                       )
                                    )
22 ELVIN VALENZUELA,                )
   Acting Warden,                   )
23                                  )
                Respondent.         )
24                                  )
                                    )
25

26

27

28

1     This Court enters the following Protective Order regarding (1) documents and

2  materials from the CDCR; and (2) any reference to such documents in the parties'

3  pleadings submitted to the Court:

4     1.     This Court has ordered the production of select documents from the

5  CDCR (Docket No. 60), which the CDCR contends are subject to 45 CFR 164.512(e).

6  Such discovery shall be subject to this Protective Order and shall remain confidential

7  and sealed.

8     2.     All medical documents coming from the CDCR shall be submitted to the

9  Court under seal in a manner reflecting their confidential nature and designed to

10  ensure that the privileged material will not become part of the public record.  Any

11  pleading or other papers filed or lodged with the Court that contains or reveals the

12  substantive content of the privileged matter shall be filed under seal, and shall include

13  a separate caption page that includes the following confidentiality notice or its

14  equivalent:

15

16               "TO BE FILED UNDER SEAL

17     THIS PLEADING OR DOCUMENT CONTAINS CONFIDENTIAL
       INFORMATION SUBJECT TO A PROTECTIVE ORDER AND IS
       NOT TO BE OPENED NOR ITS CONTENTS DISPLAYED OR

18     DISCLOSED"

19     3.     If privileged documents or documents containing privileged matters are

20  filed with this Court, they shall be filed with the Clerk of this Court in sealed

21  envelopes prominently marked with the caption of the case and the foregoing

22  Confidentiality Notice.  The Clerk of the Court is directed to maintain the

23  confidentiality of any documents filed in accordance with the above.  Insofar as

24  reasonably feasible, only confidential portions of the filings shall be under seal; and

25  the parties shall tailor their documents to limit, as much as is practicable, the quantity

26  of material that is to be filed under seal.  When a pleading or document contains only

27  a limited amount of privileged content, a party may file a complete copy under seal

28  and at the same time file on the public record an additional, redacted version of the

1   document, blocking out the limited matter comprising the confidential portions.

2

3        IT IS SO ORDERED.

4

5   Dated: January 24, 2013                    _____

6                                              THE HON. DAVID T. BRISTOW
                                               United States Magistrate Court Judge

7   Presented by:

8

9    /S/ Brian M. Pomerantz
    BRIAN M. POMERANTZ
10  Deputy Federal Public Defender

11  Counsel for Petitioner
    ELIJAH M. SMITH, JR. III

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    3